*Retainer Agreement to Republic of Moldova*                    *Date: 11.29.2018*

This hourly retainer agreement confirms that you have retained the Bukh Law Firm, PLLC ("Firm") to provide services and assist you in Civil Action No.14-cv-1921 CRC matter.

You agree to pay my Firm a retainer in the amount of $25,000 which will be applied against my Firm's hourly charges for time spent by lawyers and support staff in my Firm working on your matter. Please note that the starting date may precede the date of this retainer and it would be determined by the reference to the date of actual work performed in this matter as stated in the time-sheet prepared by the assigned lawyers and support staff. This retainer is based upon factors such as: the value of legal services; the reservation of time and the work to be performed by the Firm's staff on your matter; the nature of your case; and the issues involved in your case.

Funds received from you are considered to be and treated by the Firm as cleared on account after the bank confirms the availability - for any check, money order or wire transfer, and immediately – for cash.

Wire transfer information:

| | |
|---|---|
| Name of the bank: | Chase Bank |
| Bank Routing number: | 021000021 |
| Swift number for the bank: | CHASUS33 |
| Name of the account: | Bukh Law Firm, PLLC |
| Our account number: | 782-236-017 |

In connection with this retainer agreement, it is understood that the following fee schedule will pertain to all services rendered by my Firm during the office hours from 9:30a.m. to 7:30p.m., Monday through Friday: Arkady Bukh, Esq., at four hundred ninety five dollars; partners at four hundred ninety five dollars; associates at four hundred ninety five dollars; JD/LLM Graduates at three hundred eighty dollars; senior case administrator at two hundred and eighty dollars; case administrator at two hundred and eighty dollars; senior paralegal at two hundred and eighty dollars; paralegals at one hundred ninety dollars.

Your bill for time spent working on your case (computed in units of 6 minutes), will include, but will not be limited to, telephone and office conferences with you, other counsel, witnesses, consultants, court personnel and others; conferences among my firm's own personnel; factual investigation; legal research; responding to requests from third parties for information; drafting of documents (including emails); travel time; waiting time in court and elsewhere; and, time spent in legal proceedings.

My Firm will render a bill to you, not less often than every 60 days, indicating the time spent working on your matter, a general description of the work performed, and the name(s) of the attorney and/or support staff performing work in your matter. No time will be charged for discussing any bill or invoice issued by my Firm.

All such expenses will be billed on a monthly basis and it is agreed that you will pay such expense and disbursement charges, along with your bill for time and hours charges, within two (2) days from the date of issuance of the bill. There is often an unavoidable delay in reporting disbursements and other charges, and therefore, not all disbursements and charges may be billed at the same time as the related legal services.

You also agree to promptly review the bills my Firm sends you and to raise any objections thereto in a timely fashion. In this regard, courts have deemed a failure to object within thirty (30) days of receipt of a billing statement may be an admission that the charges set forth therein are appropriately due and owing.

Bills not paid within 30 days are subject to court action with costs, disbursements, interest and attorneys' fees.

If the balance on your account falls below fifteen hundred dollars, the Firm reserves the right to request additional retainer in the amount of two thousand dollars. This amount serves as a refundable security deposit and may be used with court approval to cover expenses for attorney's fees and costs in case your attorney is forced to withdraw from representation. You realize that motion to withdraw for non-payment and/or non-cooperation is not beneficial for your case, but understand that attorney's effort and time will be spent and attorney's fees associated with it may be requested from the court.

It is also understood that this retainer agreement, and the scope of the services which my Firm agrees to provide you with does not include (a) any other actions or proceedings or (b) work in appellate courts or (c) trials or hearings. For example, if this is a flat rate retainer, recovery of any property or documents, either confiscated or held, is not included in the flat rate and shall be paid in accordance with our hourly rates (please refer to the hourly

clause of this agreement). Also, should you wish to challenge any decision rendered in your case (for example, through the filing of any type of Appeal; the making of a Motion for Reconsideration; or the challenging of the Second Department's decision by taking the matter to any other court other than the Appellate Division Second Department, such as the Court of Appeals or federal court), then it is understood that such a challenge is outside and beyond the scope of my Firm's agreement with you. A Notice of Appeal would be filed to protect your rights unless you advise otherwise. If you wish my firm to represent you in any challenge to any decision, a separate agreement would first have to be entered into by my Firm.

You have the right, in your sole discretion, to terminate my Firm's representation of you at any time, in which event you shall be liable for the time spent by my Firm working on your case as computed above, and any unused portion of the retainer will be refunded to you.

My Firm also has the right to withdraw from representing you in the event of your failure to cooperate or to provide on timely basis accurate and complete information and documents relating to your case or if you engage in any conduct which would make it inappropriate to continue representing you. In the event that such a situation arises, my Firm will have the option of withdrawing, or seeking to withdraw with tribunal approval if so required, as otherwise provided for in New York Rule of Professional Conduct 1.16 (22 N.Y.C.R.R. § 1200.16) or any other applicable court rule.

After your case is closed, your file will be kept in storage. Prior to dispensing your file into discharge section, you may review it at any time and make reasonable amount of copies for free.

For your protection, our office may record conversations to ensure accuracy of any statements made by our office. All conversations are confidential and will not be divulged or shared with any parties.

If your case is settled, you authorize the Firm to receive, endorse and deposit into Firm's escrow account any and all remittances in any form issued in your name or in your and the Firm's joint names.

If you and I agree to your providing security for the payment of fees, such as a confession of judgment, promissory note or mortgage, I shall first obtain court approval on notice to your spouse if you are married.

You are aware of the hazards of high costs of litigation and acknowledge that despite my efforts on your behalf there is no assurance or guarantee of: (a) the outcome of this matter, (b) the length of time it may take to resolve, or (c) the costs which may be incurred. It is understood that the total amount of my firm's fees cannot be estimated or predicted at this time. The total amount of my firm's fees will ultimately depend solely upon the amount of time spent by me and others working under my supervision on this matter. In addition, you understand that there is no way to predict the eventual outcome of your matter and, therefore, no predictions whatsoever have been made by me or my firm in that regard.

The client waives any liability of the law firm, including, but not limited to missed filing deadlines for events occurring in connection with services requested by the client that occurred prior to client's engagement of the firm, or within 5 business days thereafter, unless the client specifically apprises the law firm of the incoming deadline and the firm expressly assures that client that it would meet the deadline.

My Firm will make every effort to bill fairly and clearly for fees and expenses, and to represent client's interests zealously and diligently. Occasionally, however, lawyers and clients disagree about the amount of a bill for legal services or for related costs and expenses. If a fee dispute arises in this matter, you may have the right to elect to resolve the dispute through arbitration pursuant to Part 137 of the Rules of the Chief Administrator. A copy of Part 137 will be made available to you upon request.

Kindly indicate your understanding and acceptance of all of the above and your acknowledgment that this Retainer Agreement has been fully explained to you to your satisfaction, by signing below where indicated. I look forward to serving you.

_____
Arkady Bukh, Esq.

I, _____, have read and understand the above letter and the annexed Statement of Client's Rights and Responsibilities, have received a copy of each and accept all of their terms. In addition, if I am paying with a credit, or charge, card, I understand that I have the right to terminate the Firm's representation at any time. However, I am liable for the work done as of the date of termination, set at the agreed upon hourly rate (or if this retainer is for a Flat Fee, at the Firm's average hourly rate as outlined above), and only after that shall any unused portion be returned.

_____
Client

**BUKH LAW FIRM, PLLC**
ATTORNEYS & COUNSELORS AT LAW
1123 AVENUE Z
BROOKLYN, NY 11235
TEL: 718-376-4766 • FAX: 718-376-3033
WWW.NYCCRIMINALLAWYER.COM

3

## STATEMENT OF CLIENT'S RIGHTS AND RESPONSIBILITIES.

1. You are entitled to be treated with courtesy and consideration at all times by your lawyer and the other lawyers and personnel in your lawyer's office.

2. You are entitled to an attorney capable of handling your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is being handled, you have the right to withdraw from the attorney-client relationship at any time (court approval may be required in some matters and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge).

3. You are entitled to your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest.

4. You are entitled to be charged a reasonable fee and to have your lawyer explain at the outset how the fee will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals. You may refuse to enter into any fee arrangement that you find unsatisfactory. In the event of a fee dispute, you may have the right to seek arbitration; your attorney will provide you with the necessary information regarding arbitration in the event of a fee dispute, or upon your request.

5. You are entitled to have your questions and concerns addressed in a prompt manner and to have your telephone calls returned promptly.

6. You are entitled to be kept informed as to the status of your matter and to request and receive copies of papers. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter.

7. You are entitled to have your legitimate objectives respected by your attorney, including whether or not to settle your matter (court approval of a settlement is required in some matters).

8. You have the right to privacy in your dealings with your lawyer and to have your secrets and confidences preserved to the extent permitted by law.

9. You are entitled to have your attorney conduct himself or herself ethically in accordance with the New York Rules Of Professional Conduct.

10. You may not be refused representation on the basis of race, creed, color, religion, sex, sexual orientation, age, national origin or disability.

_____
Arkady Bukh, Esq.

Receipt Acknowledged
_____
Client

BUKH LAW FIRM, PLLC
ATTORNEYS & COUNSELORS AT LAW
1123 AVENUE Z
BROOKLYN, NY 11235
TEL: 718-376-4766 • FAX: 718-376-3033
WWW.NYCCRIMINALLAWYER.COM

4

## FEE AUTHORIZATION SCHEDULE

My Firm will provide you with services during normal office hours. From time to time issues will arise which will require the Firm to work after normal business hours. Under these circumstances, my Firm at your request will provide services during non-office hours and legal holidays on which days state and/or fedreal courts are closed, and the time spent on your case will be charged at one and a half times the hourly rates set forth in the retainer agreement.

Please note that if examinations before trial are conducted in your case, you have a right to hire the agency of your choice to examine your adversary, and if you choose not to do so, such agency will be provided by this office at a rate of fourteen dollars and ninety five cents per page plus fifty dollars fee for scheduling the said examinations. In such case, the amount of seven hundred eighty dollars will be withdrawn from your account on the day the examinations are scheduled in order to secure the agency's fees. If an interpreter is needed to examine your adversary, you have a right to hire an independent agency of your choice for that purpose; otherwise, such agency will be provided by this office at a rate of one hundred seventy dollars per hour. In such case, the amount of five hundred dollars will be withdrawn from your account on the day the examinations are scheduled in order to secure the translating agency's fees. If an investigator or accountant is needed for your case, you have a right to hire an independent agency of your choice; otherwise, such agency will be provided by this office at a rate of one hundred ninety five dollars per hour.

You hereby consent and authorize your attorneys to use the above services and providers even if they are subsidiaries of the Firm and with such understanding that you are waving any conflict of interest. These include, but are not limited to, GMS Services and Lomse Services Corp.

Also, you authorize us to give information discoverable by general public to media, as well as give our general opinion on the case, sentencing and strategies.

After the Firm is no longer working on the case, if the copy of your file is needed for any reason, based upon time and effort spent by my Firm, you will be charged the retreaval fee in the amount of ninety nine dollars. Also, there will be an additional fee for copies, if any, in the amount to be determined by the storage agency.

_____
Arkady Bukh, Esq.

Receipt Acknowledged:

_____
Client

BUKH LAW FIRM, PLLC
ATTORNEYS & COUNSELORS AT LAW
1123 AVENUE Z
BROOKLYN, NY 11235
TEL: 718-376-4766 • FAX: 718-376-3033
WWW.NYCCRIMINAL...

5