# BUKH LAW FIRM, PLLC
### COUNSELORS AT LAW

1123 Avenue Z, Brooklyn, New York 11235
Telephone: (718) 376 - 4766
Facsimile: (718) 376 - 3033
Email: honorable@usa.com

November 2, 2020

To:
Mr. Igor Dodon,
The President of the Republic of Moldova

Mr. Ion Chicu,
Prime Minister of the Republic of Moldova

Mr. Fadei Nagacevschi,
Ministry of Justice of the Republic of Moldova

Ms. Natalia Gavrilitsa,
Ministry of Finance of the Republic of Moldova

**RE: Breach of Retainer Agreements with Bukh Law Firm**

To Whom It May Concern:

Please be advised that Bukh Law Firm PLLC, located at 1123 Avenue Z, Brooklyn, NY 11235, has been retained by the Republic of Moldova to represent its interests in the United States as the defendant in LLC KOMSTROY v. REPUBLIC OF MOLDOVA, (14-cv-01921, U.S. District Court for the District of Columbia) and (Nos. 19-7106, 19-7142, United States Court of Appeals for the District of Columbia Circuit).

The Republic of Moldova has signed a formal contract to retain Bukh Law Firm in connection with a legal representation in the District Court in 2018. Moreover, the Republic of Moldova held a tender, which was won by Bukh Law Firm in 2019, under

which the firm was hired to represent the Republic in its appeal in the United States Court of Appeals for the District of Columbia Circuit. Pursuant to the Agreements with the Republic of Moldova, our law firm has been duly handling the District Court proceedings and the appeal, which status has been provided to the Republic by the firm periodically.

Despite our firm's strict compliance with its obligations under the Agreement, to wit, zealous and quality representation of the interests of the Republic, the Republic of Moldova has not paid for the legal services rendered by the firm. As of today, the balance due to the firm exceeds $9,331.59 under the first Agreement and $144,286.94 under the second Agreement, plus services provided by Moldova local attorney Inga Albu, resulting in 10000$. The total unpaid bill to his day is $163,618.33

The Firm has contacted the Republic's high-level officials regarding this unpaid debt numerous times. However, despite the officials' assurances that the Republic honors its obligations and pays the debt, no payment has occurred. In light of this fact, the firm warns you that if the Republic fails to make the full payment within 30 days from the receipt of this letter, the firm would withdraw from representation of the Republic in all proceedings and initiate a lawsuit against the Republic for breach of contract in the United States.

Thank you for your attention to this matter.



Arkady Bukh, Esq.

Bukh Law Firm