

ATA Member № 250885

623 Brighton Beach Ave., Suite 2
Brooklyn, NY 11235

# Express Language Solutions

Phone (718) 769-7979
www.Elstranslations.com

## CERTIFICATION OF TRANSLATION ACCURACY

Translation of
"Annex 1, dated Oct. 3, 2019
Price offer regarding the tender for the selection of an associated law firm/office

From "Romanian" to "English"

Pursuant to U.S. Federal Regulation [59 FR 1900, Jan.13, 1994, § 3.33] regarding translation of documents, Express Language Solutions, Inc., a professional translation company, does hereby certify that the above-mentioned document has been translated by experienced and qualified professional translators, and that this translation is true and accurate to the best of our knowledge and belief. This is to certify the correctness of the translation only. No inference or determination regarding the validity of the source document or its content is made.

_____
Translation Coordinator
Express Language Solutions, Inc.

Subscribed and sworn to before me
this  08th   day of March, 2022

_____
Notary Public



AVSHALUM RABAYEV
NOTARY PUBLIC, State of New York
No. 01RA6169026
Qualified in Kings County
My Commission Expires June 18, 2023

Every care is taken to insure the accuracy of all translations. However, Express Language Solutions Inc., its divisions, affiliates, agents and employees shall not be liable for any damages due to error or negligence in translation or typing. Further, we assume no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

*TRANSLATED FROM ROMANIAN*

Annex 1, dated OCT. 3, 2019

| Bukh Law Firm, P.L.L.C.- | In collaboration with |
| --- | --- |
| 1123 Ave Z Brooklyn NY 11235 | "Albu Inga" Law Office |
| Phone: +1-718-376-4766 | Str. Alexandru cel Bun, nr. 7, of. 407 |
| Fax: +1-718-376-3033 | Chisinau, Republic of Moldova |
| www.BukhLaw.com | Phone: +37368691043 |
| Email: honorable@usa.com | Email: avoalbu@hotmail.com |

Price offer regarding the tender for the selection of an associated law firm/office, including foreign attorneys/law firms, to represent the interests of the Republic of Moldova in the case of LLC Energoalliance (Ukraine) VS Republic of Moldova, concerning the recognition and enforcement of the AD-HOC arbitration award (Paris, France) dated October 25, 2013, in the United States.

Step 1 Court - U.S. Court of Appeals for the D.C. Circuit / Pasul 1: Curtea de Apel pentru Circuitul D.C., SUA

| No. | Name of Attorney/Specialist | Activity | Rate per hour | Total hours | Total $ |
| --- | --- | --- | --- | --- | --- |
| 1. | Mr. Arkady Bukh | General Manager/Strategy Planning | $750.00 per hour | 25 | 18,750.00 |
| 2. | Mr. Vadim Shestakov | Consilier de investigare/Research Counsel | $600.00 per hour | 50 | 30,000.00 |
| 3. | Mr. George C Grasso | Avocat litigii civile/Civil Litigator | $480.00 per hour | 15 | 7,200.00 |
| 4. | Mr. Chris Rogers | Avocat litigii civile/Civil Litigator | $480.00 per hour | 15 | 7,200.00 |
| 5. | Asistenți / Supporting Staff | Paralegals, Administrators, etc. | $250.00 per hour | 15 | 3,750.00 |
| 6. | Cheltuieli externe/External | Taxa Curții; compilarea dosarului/Court filing fee | NA | NA | 4,000.00 |

1

| No. | Name of Attorney/Specialist | Activity | Rate per hour | Total hours | Total $ |
|---|---|---|---|---|---|
| | expenses | and professional file preparation | | | |
| 7. | Albu Inga | Civil and Arbitral Disputes Litigator | $120 per hour | 45 | 5,400.00 |
| | | | | Total | $76,300.00 |

Step 2 Court - Supreme Court of the United States/Pasul 2: Curtea Suprema SUA

| No. | Name of Attorney/Specialist | Activity | Rate per hour | Total hours | Total $ |
|---|---|---|---|---|---|
| 1. | Mr. Arkady Bukh | General Manager/Strategy Planning | $750.00 per hour | 30 | 22,500.00 |
| 2. | Mr. Vadim Shestakov | Consilier de investigare/Research Counsel | $600.00 per hour | 60 | 36,000.00 |
| 3. | Mr. Igor Litvak | Avocat litigii civile/Expert in apel/ Consilier de Proces/Civil Litigator/Appeal Expert/Trial Counsel | $600.00 per hour | 25 | 15,000.00 |
| 4. | Asistenți / Supporting Staff | Paralegals, Administrators, etc. | $250.00 per hour | 20 | 5,000.00 |
| 5. | Cheltuieli externe/External expenses | Taxa Curții; compilarea dosarului/Court filing fee and professional | NA | NA | 5,000.00 |

2

|   |   | file preparation |   |   |   |
|---|---|---|---|---|---|
| 6. | Albu Inga | Civil and Arbitral Disputes Litigator | $120 per hour | 45 | 5,400.00 |
|   |   |   |   | Total | $88,900.00 |

Total offer: $165,200.00

3

Anexa 1, din 03 OCT 2019

| Bukh Law Firm, P.L.L.C.-<br>1123 Ave Z Brooklyn NY 11235<br>Tel +1-718-376-4766<br>Fax +1-718-376-3033<br>www.BukhLaw.com<br>Email: honorable@usa.com | In colaborare cu<br>Cabinetul Avocatului "Albu Inga"<br>Str. Alexandru cel Bun, nr. 7, of. 407<br>Or. Chisinau, Republica Moldova<br>Tel +37368691043<br>Email avoalbu@hotmail.com |
|---|---|

Oferta de preț pentru concursul de selectare a unui cabinet/birou asociat de avocaţi, inclusiv avocaţi străini/companii de avocaţi străine, pentru reprezentarea intereselor Republicii Moldova, cazul LLC Energoalliance (Ucraina) VS Republica Moldova cu privire la recunoaşterea şi executarea sentinţei arbitrajului AD HOC (Paris, Franţa) din 25 octombrie 2013 pe teritoriul Statelor Unite ale Americii.

Step 1 Court -U.S. Court of Appeals for the D.C. Circuit / Pasul 1: Curtea de Apel pentru Circuitul D. C., SUA

| Nr. | Numele avocatului/specialistului | Activitatea | Tarifarea per oră | Total de ore | Total USD |
|---|---|---|---|---|---|
| 1. | Dnl. Arkady Bukh | Director General / planificarea strategiei | 750.00 USD/per ora | 25 | 18 750.00 |
| 2. | Dnl. Vadim Shestakov | Consilier de investigare/Research Council | 600.00 USD/per ora | 50 | 30 000.00 |
| 3. | Dnl. George C Grasso | Avocat litigii civile/Civil Litigator | 480.00 USD/per ora | 15 | 7 200.00 |
| 4. | Dnl. Chris Rogers | Avocat litigii civile/Civil Litigator Civil Litigator | 480.00 USD/per ora | 15 | 7 200.00 |
| 5. | Asistenţi / Supporting Stuff | Paralegals, Administrators, etc | 250.00 USD /per ora | 15 | 3 750.00 |
| 6. | Cheltuieli externe/Outside | Taxa Curţii; compilarea dosarului/Court filing fee | NA | NA | 4 000.00 |

1

|  | | | | | |
|---|---|---|---|---|---|
|  | expenses | and professional assemble of files | | | |
| 7. | Albu Inga | Avocat litigii civile si arbitrale | 120 USD per ora | 45 | 5 400.00 |
|  | | | | Total | 76 300.00 USD |

Step 2 Court -Supreme Court of the United States/Pasul 2: Curtea Suprema SUA

| Nr. | Numele avocatului/specialistului | Activitatea | Tarifarea per oră | Total de ore | Total USD |
|---|---|---|---|---|---|
| 1. | Dnl. Arkady Bukh | Director General / planificarea strategiei | 750.00 USD/per ora | 30 | 22 500.00 |
| 2. | Dnl. Vadim Shestakov | Consilier de investigare/Research Council | 600.00 USD/per ora | 60 | 36 000.00 |
| 3. | Dnl. Igor Litvak | Avocat litigii civile/Epert in apel/ Consilier de Proces/Civil Litigator/appeal expert/trial council | 600.00 USD/per ora | 25 | 15 000.00 |
| 4. | Asistenți / Supporting Stuff | Paralegals, Administrators, etc | 250.00 USD /per ora | 20 | 5 000.00 |
| 5. | Cheltuieli externe/Outside expenses | Taxa Curții; compilarea dosarului/Court filing fee and professional | NA | NA | 5 000.00 |

2

|   |   | assemble of files |   |   |   |
|---|---|---|---|---|---|
| 6. | Albu Inga | Avocat litigii civile, arbitrale | 120 USD/per ora | 45 | 5 400.00 |
|   |   |   |   | Total | 88 900.00 |

Total per oferta: 165 200.00 USD

3