UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUKH LAW FIRM PLLC,<br><br>Plaintiff<br><br>- against –<br><br>THE REPUBLIC OF MOLDOVA,<br><br>Defendant. | Civil Action No. 1:22 CV 1158<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM** |

**STIPULATION FOR DISMISSAL OF COMPLAINT AND COUNTERCLAIM**

Bukh Law Firm PPLC, and the Republic of Moldova, (collectively referred to as "Parties") acting through counsel, in consideration of a negotiated settlement executed by them, stipulate as follows:

1. The Parties have reached and executed a settlement agreement and mutual release ("Settlement Agreement").

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the Parties hereby stipulate, in consideration of a fully executed Settlement Agreement, to the Dismissal of this action, including all claims and counterclaims stated herein against all Parties.

3. Each party to bear its own attorney's fees and costs.

4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

*Ioana Salajanu*
SLV Legal

**EXHIBIT A**

9

Ioana Salajanu
1 East Erie, Suite 525
Chicago, IL 60611
Telephone: 773.875.5438
Email:ioana.salajanu@slvlegal.com
***Attorneys for Republic of Moldova***

_____
Nabeel Kibria
800 Connecticut Avenue, NW
Suite 323
Telephone: 202.698.4439
Email: nabeel@ervinkibrilawcom
***Attorneys for Bukh Law Firm PPLC***